

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ELIZABETH BARDAUSKIS
Assistant Corporation Counsel
phone: (212) 356-3159
fax: (212) 356-3509
ebardaus@law.nyc.gov

April 25, 2017

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Terrence Holley v. City of New York, et al.
              15 CV 9797 (JPO)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendants City of New York, Detective Raymond Low, and Sergeant Darrien King (hereinafter "Defendants") in the above-referenced matter. Defendants write, with the consent of Plaintiff's counsel, Joshua S. Moskovitz, Esq., to respectfully request a two-week adjournment of the Status Conference, presently scheduled for April 26, 2017 at 11:15 a.m. This is the first request for such an adjournment, and it will not affect any other deadlines.

      As an initial matter, Defendants apologize for the lateness of this request, which was also communicated to Chambers earlier today. The reason for making this request is that the parties respectfully request some additional time to try to reach a settlement in this matter. The parties have been making meaningful progress in their communications regarding settlement, as recently as this morning, and they are hopeful that their efforts will resolve this matter.

      For the foregoing reasons, Defendants respectfully request a two-week adjournment of the Status Conference, to a date and time convenient to the Court.

- 2 -

Defendants thank the Court for its time and consideration in this regard.

Respectfully submitted,

/s/

Elizabeth Bardauskis
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   Joshua S. Moskovitz, Esq. (by ECF)
      *Attorney for Plaintiff*